# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| YOHNUS ADAM MICHAEL CAMERON, | ) | CASE NO. 1:25-cv-124 |
| | ) | |
| PETITIONER, | ) | CHIEF JUDGE SARA LIOI |
| | ) | |
| | ) | MEMORANDUM OPINION |
| | ) | AND ORDER |
| vs. | ) | |
| | ) | |
| WARDEN ANGELA STUFF, | ) | |
| | ) | |
| RESPONDENT. | ) | |

*Pro se* petitioner Yohnus Adam Michael Cameron, an inmate in state custody at the Richland Correctional Institution ("RiCI") located in Mansfield, Ohio, brings this action for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (Doc. No. 1.) Petitioner challenges the judgment of conviction entered by the Butler County Court of Common Pleas. Butler County is within Ohio's Southern Federal Judicial District. RiCI is located within Ohio's Northern Federal Judicial District.

Pursuant to 28 U.S.C. § 2241(d), a Petition for Writ of Habeas Corpus may be heard in either the judicial district where the petitioner is held in custody or in the judicial district in which he was convicted and sentenced. § 2241(d). This Court retains discretion to transfer this action to the Southern District for hearing and determination. *Id*. The Court finds that a transfer to the Southern District proper because the evidence is more readily accessible in the district where petitioner was convicted and sentenced, making the Southern District a more convenient forum.

*See Braden v. 30th Jud. Circuit Court of Ky.*, 410 U.S. 484, 497, 93 S. Ct. 1123, 35 L.Ed.2d 443 (1973) (in enacting amendments to 28 U.S.C. § 2241(d), Congress recognized the advantages of having habeas cases resolved in the court located nearest the site of the underlying controversy).

Accordingly, this action is hereby transferred to the United States District Court for the Southern District of Ohio, Cincinnati Division.

**IT IS SO ORDERED**.

Dated: March 17, 2025

**HONORABLE SARA LIOI
CHIEF JUDGE
UNITED STATES DISTRICT COURT**